**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: All Cases. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**MOTION FOR ISSUANCE OF REQUESTS FOR INTERNATIONAL JUDICIAL ASSISTANCE TO OBTAIN EVIDENCE IN SWITZERLAND & FRANCE**

PLEASE TAKE NOTICE that the undersigned attorneys for the plaintiff SKATTEFORVALTNINGEN ("SKAT"), the Customs and Tax Administration of the Kingdom of Denmark, will apply before the Honorable Lewis A. Kaplan of the Southern District of New York at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at a time and date to be determined by the Court, for the issuance of Requests for International Judicial Assistance Pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil and Commercial Matters and 28 U.S.C. § 1781(b)(2).  In support of this motion, SKAT relies upon the accompanying Memorandum of Law and Declaration of Neil J. Oxford dated October 12, 2020 and the exhibits attached thereto.

Dated: New York, New York
October 12, 2020

                                            HUGHES HUBBARD & REED LLP

                                            By:   /s/ Neil J. Oxford
                                                William R. Maguire
                                                Marc A. Weinstein
                                                Neil J. Oxford
                                                Dustin P. Smith
                                            One Battery Park Plaza
                                            New York, New York 10004-1482
                                            Telephone: (212) 837-6000
                                            Fax:  (212) 422-4726
                                            bill.maguire@hugheshubbard.com
                                            marc.weinstein@hugheshubbard.com
                                            neil.oxford@hugheshubbard.com
                                            dustin.smith@hugheshubbard.com

                                            *Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*